UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:01-CR-199-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
|     vs. | ) | ORDER |
| Robert Herbert, Jr. | ) | |
|     Defendant | ) | |

The Clerk of this Court is DIRECTED to disburse to Stewart Title Guaranty Company, Attn: Julie N. Huss, Region Salvage Counsel, 50 South Steele St., Ste 700, Denver, CO 80209, the sum of $15,650.23, which sum represents the unclaimed funds in this case remaining in this court's registry as of February 22, 2010.

SO ORDERED. This the ___ of February, 2010.

TERRENCE W. BOYLE
U. S. DISTRICT JUDGE